UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT F. REED,

Plaintiff,

v.

SUPERVALU, INC.,

Defendant.

CIVIL NO. 00-2469 (DSD/JMM)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: November 20, 2000

JOHN M. MASON
United States Magistrate Judge

Filed NOV 21 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER 00-2469 DSD/JGL

Use this case number for all further filings.