UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert F. Reed,

Plaintiff,

vs.

SuperValu, Inc.

Defendant.

Court File No. 00-CV-2469 DSD/~~JMM~~ JGL

**STIPULATION FOR AN EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE PLEAD**

It is hereby stipulated and agreed by the parties, through their respective counsel, that Defendant SUPERVALU INC. (referred to in the caption as "SuperValu, Inc.") shall have until Friday, December 15, 2000, to file an Answer to the Complaint in this matter and/or to otherwise plead.

Dated: November 16, 2000

JACKSON & WARD LLC

By: Toni Michelle Jackson

Toni Michelle Jackson (#220048)
Lateesa T. Ward (#218030)
2520 Park Avenue South
Carriage House
Minneapolis, MN 55404
Telephone: (612) 872-1100

Attorneys for Plaintiff

NOV 2 7 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DORSEY & WHITNEY LLP

Dated: November 16, 2000

By______________________________

Robert L. Hobbins (#045573)
Holly S. A. Eng (#238028)
Natalie Wyatt-Brown (#260757)
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2919/343-2164

Attorneys for Defendant

**ORDER**

**IT IS HEREBY ORDERED:**

That the defendant in the above-referenced action may have until Friday, December 15, 2000, to answer the Complaint or to otherwise plead.

Dated: [illegible], 2000

______________________________
[illegible]