UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert F. Reed,

Plaintiff,

vs.

SuperValu, Inc.,

Defendant.

Court File No. 00-CV-2469 DSD/~~JMM~~ JGL

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by the parties, through their respective counsel, that this action, including each and every claim asserted herein, shall be dismissed with prejudice and without costs, disbursements, or attorneys' fees to either party.

Dated: March 19, 2001

JACKSON & WARD LLC

By [signature]
Toni Michelle Jackson (#220048)
Lateesa T. Ward (#218030)
2520 Park Avenue South
Carriage House
Minneapolis, MN 55404
Telephone: (612) 872-1100

Attorneys for Plaintiff

MAR 27 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DORSEY & WHITNEY LLP

Dated: 7? March 19, 2001

By ______________________
Robert L. Hobbins (#045573)
Holly S. A. Eng (#238028)
Natalie Wyatt-Brown (#260757)
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2919/343-2164

Attorneys for SUPERVALU INC.

**ORDER**

**IT IS HEREBY ORDERED:**

That this action, including each and every claim alleged herein, is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and disbursements. Let judgment be entered accordingly.

Dated: March 26, 2001

______________________
David S. Doty
Judge of District Court